```
             UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| **HECTOR M. ROSARIO-LOPEZ ET AL.,**<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>**BLUE LINE RENTAL PR, INC., ET AL.**<br><br>　　Defendants. | CIVIL NO. 15-1001(PG) |

## JUDGMENT

In light of parties' joint request for voluntary dismissal with prejudice pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), it is **ORDERED AND ADJUDGED** that the complaint be, and hereby is **DISMISSED WITH PREJUDICE,** each party to bear its own costs and attorneys fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, November 12, 2015.

　　　　　　　　　　　　　　　　　　　S/ JUAN M. PÉREZ-GIMÉNEZ
　　　　　　　　　　　　　　　　　　　JUAN M. PÉREZ-GIMÉNEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE